UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVELL SCOTT,

        Plaintiff,                                       Case Number 18-10712

v.                                                         Honorable David M. Lawson

CITY OF DETROIT, KERRY PETTIES,
EDWARD JACKSON, and RANSON
WILLIAMS,

        Defendants.

_____/

## ORDER OF DISMISSAL

On October 6, 2018, the parties informed the Court that they had reached a full settlement of all claims in this matter. However, they also indicated that they need some time fully to satisfy their obligations under the settlement agreement. The Court therefore will dismiss the case and permit the parties to move to reopen the matter within a reasonable time in case any obstacles prevent the consummation of the settlement.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may move to reopen the case to enforce the settlement agreement **on or before December 10, 2018**.

                                                                        s/David M. Lawson
                                                                        DAVID M. LAWSON
                                                                          United States District Judge

Date:   October 9, 2018

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 9, 2018.

s/Susan K. Pinkowski<br>SUSAN K. PINKOWSKI